UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

TANYA SCHWENK and CHRISTOPHER
SCHWENK,

                                  NO. CIV. S-06-1255 LKK/KJM

      Plaintiffs,

    v.                             O R D E R

STATE OF CALIFORNIA
DEPARTMENT OF SOCIAL
SERVICES, et al.,

      Defendants.

_____/

    Plaintiffs' status report in the above-captioned case indicates that defendants have not yet been served. Plaintiffs state that they fear retaliation from defendant in ongoing juvenile proceedings which they anticipate will be completed by November 7, 2006.

    An Order to Show Cause was previously issued to plaintiffs' counsel on August 3, 2006 for failure to file a timely status report. Plaintiffs' counsel failed to respond to the order.

    Accordingly, the court orders as follows:

        1.   Plaintiffs are instructed to SERVE defendants by

1

November 30, 2006.

2.   The status conference currently set for October 2, 2006 at 3:00 p.m. is hereby CONTINUED to January 29, 2007 at 1:30 p.m.

3.   Counsel for plaintiffs is SANCTIONED in the amount of one hundred and fifty ($150.00) dollars.  This sum shall be paid to the Clerk of the Court no later than thirty (30) days from the effective date of this order.  Counsel shall file an affidavit accompanying the payment of this sanction which states that it is paid personally by counsel, out of personal funds, and is not and will not be billed, directly or indirectly, to the client or in any way made the responsibility of the client as attorneys' fees or costs.

IT IS SO ORDERED.

DATED: September 29, 2006.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2