UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

TANYA SCHWENK and CHRISTOPHER SCHWENK,

        NO. CIV. S-06-1255 LKK/KJM

    Plaintiffs,

 v.                          O R D E R

STATE OF CALIFORNIA DEPARTMENT OF SOCIAL SERVICES, et al.,

    Defendants.
_____/

    The parties agree that this case should have been brought in the Northern District of California. Accordingly, the court hereby orders that this case be transferred to the Northern District of California.

    IT IS SO ORDERED.

    DATED: February 7, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT